**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **TSION BIRHANU #A221-389-142** | **CASE NO. 3:26-CV-00573 SEC P** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **U S IMMIGRATION & CUSTOMS ENFORCEMENT** | **MAGISTRATE JUDGE HORNSBY** |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including written objections, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Petitioner's application for writ of habeas corpus challenging her detention is **DENIED** without prejudice as premature. **IT IS FURTHER ORDERED** that Petitioner's claims concerning her conditions of confinement are **DISMISSED** for lack of subject matter jurisdiction.

**THUS DONE AND SIGNED** in Chambers on the 2nd day of September, 2026.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**